**STATE of Missouri, Respondent,**

v.

**Curtis CAMPBELL, Appellant.**

**No. WD 76506.**

Missouri Court of Appeals,
Western District.

July 22, 2014.

Todd Tyler Smith, Jefferson City, MO, for respondent.

Margaret Mueller Johnston, Columbia, MO, for appellant.

Before Division One: JOSEPH M. ELLIS PJ., KAREN KING MITCHELL, ANTHONY REX GABBERT, JJ.

**ORDER**

PER CURIAM:

Curtis M. Campbell appeals the circuit court's judgment finding him guilty of two counts of statutory sodomy in the first degree. We affirm. Rule 30.25(b).